IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
CLERK'S OFFICE

SEP 22 2025

US DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. | **INDICTMENT** |
| | **FILED UNDER SEAL** |
| [1]   EFRAIN A. PLANELL-PEREZ, a/k/a "Gordo Billar," "Billar", "Simba," "Simbad," "el Ocho," (Count One through Eight) | CRIMINAL NO. 25-392 (SCC) |
| | Violations: |
| [2]   DAVID GONZALEZ-OLMO, a/k/a "Caguita," (Count One through Eight) | (COUNT ONE) 21 U.S.C. §§ 841(a)(1), 846 and 860. |
| [3]   ELIEZER RIVERA-OTERO, a/k/a "Tiki," "Tiky," (Count One through Eight) | (COUNT TWO) 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i), and 860 and 18 U.S.C. § 2. |
| [4]   LUIS D. MALDONADO-BERRIOS, a/k/a "Guinea," "la G," (Count One through Seven) | (COUNT THREE) 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii), and 860 and 18 U.S.C. § 2. |
| [5]   MIGUEL Y. FUENTES-OQUENDO, a/k/a "Barba," (Count One through Eight) | (COUNT FOUR) 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), and 860 and 18 U.S.C. § 2. |
| [6]   JOSE M. RIVERA-FUENTES, a/k/a "Che," "Cheque," (Count One through Six) | (COUNT FIVE) 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii), 860 and 18 U.S.C. § 2. |
| [7]   EDGAR ANTONIO SANTIAGO-VAZQUEZ, a/k/a "Mili," "Militar," (Count One through Eight) | (COUNT SIX) 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 860 and 18 U.S.C. § 2. |
| [8]   JULIO A. TORRES-ROCHE, a/k/a "Doctor," (Count One through Seven) | (COUNT SEVEN) 18 U.S.C. § 924(c) and 18 U.S.C. § 2. |
| [9]   JOSE DAVID SERRANO-SANTIAGO, a/k/a "Hacha Vieja," (Count One through Eight) | (COUNT EIGHT) 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(B)(ii), and 18 U.S.C. § 2. |
| [10]   KRIS L. VEGA-GONZALEZ, a/k/a "Yandel," "Kris Llandel," (Count One through Eight) | |
| [11]   MIGUEL A. OLMO-GARCIA, a/k/a "Mine," "Bolillo," (Count One through Eight) | Narcotics Forfeiture Allegation |
| [12]   YANDEL O. BERMEJO-RODRIGUEZ, | 21 U.S.C. § 853 and Rule 32.2(a) F.R.C.P. |

(Count One through Seven)
[13]   JOUSEPH DE JESUS-REYES, a/k/a "Boti,"
(Count One through Eight)
[14]   JUAN A. FLORES-LEBRON, a/k/a "Juanki,"
(Count One through Eight)
[15]   NOEL NIEVES-LORA, a/k/a "Bulin,"
(Count One through Eight)
[16]   CRISTOPHER COLON-VIERA, a/k/a "Topher,"
(Count One through Eight)
[17]   JOSEPH A. TORRES-QUESADA, a/k/a "Mueca,"
(Count One through Eight)
[18]   ZAEL Y. LAO-ORTIZ, a/k/a "Vieques,"
(Count One through Seven)
[19]   JAY L. DIAZ-DEL VALLE, a/k/a "Jay Livan," "El Cantante,"
(Count One through Seven)
[20]   HECTOR M. CRUZ-AYALA, a/k/a "Gordo Gordo," "Gordo Chiquito,"
(Count One through Seven)
[21]   JEREMY ORTIZ-DIAZ, a/k/a "Millo,"
(Count One through Eight)
[22]   VICTOR M. CRUZ-ORTIZ, a/k/a "Papa," "El Father,"
(Count One through Seven)
[23]   CARLOS A. ARROYO-SANTEL, a/k/a "Rata, R,"
(Count One through Six)
[24]   ADRIAN J. MIRANDA-RODRIGUEZ, a/k/a "Pilo," "Pilotito,"
(Count One through Seven)
[25]   RUBEN M. TORRES-REYES
(Count One through Eight)
[26]   LUIS Y. LEON-RODRIGUEZ, a/k/a "Ika,"
(Count One through Seven)
[27]   KEVIN M. TORRES-RIVERA, a/k/a "Kevo,"

Firearms and Ammunition Forfeiture Allegation

18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461 (c); and Rule 32.2(a) F.R.C.P.


Money Laundering Forfeiture Allegation

18 U.S.C. § 982(a)(1)

(EIGHT COUNTS)

(Count One through Six)
[28]   EDGARDO ORTIZ-FIGUEROA,
a/k/a "Pucho,"
(Count One through Six)
[29]   MICHAEL A. SANTIAGO-CRUZ,
a/k/a, "Colo," "Colorao,"
(Count One through Six)
[30]   CHRISTOPHER J. NIEVES-
PEREZ, a/k/a "Chucho,"
(Count One through Seven)
[31]   JOSE G. JIMENEZ-ROBLES,
a/k/a "Joy,"
(Count One through Six)
[32]   CHRISTOPHER J. FONTANEZ-
VEGA, a/k/a "Lagarto,"
(Count One through Seven)
[33]   ENDEL GABRIEL VIDAL-
MALAVE
(Count One through Six)
[34]   BRYAN L. MONTALVO-
COLON, a/k/a "Yambra,"
(Count One through Six)
[35]   LUIS A. TRINIDAD-
GONZALEZ, a/k/a "Chivito,"
(Count One through Six)
[36]   MARIELA E. SANTIAGO-
CUEVAS
(Count One through Six)
[37]   JOSE ORLANDO ORTIZ-
MARTINEZ, a/k/a "Champu de Coco,"
"Vizco,"
(Count One through Six)
[38]   KENNETH O. CLAUDIO-VEGA,
a/k/a "Kenny,"
(Count One through Six)
[39]   JONATHAN A. ORTIZ-
MARTINEZ, a/k/a "Cocodrilo,"
"Orejas,"
(Count One through Six)
[40]   JOSEPH VICENTE-VAZQUEZ,
a/k/a "Joe Cantera,"
(Count One through Six)
[41]   ALEJANDRO M. TARAFA-
FORTUÑO, a/k/a "Zombie,"

(Count One through Six)
[42]   ROSEMARY SANTIAGO-
SERRANO,
(Count One through Six)
[43]   PAOLA M. RODRIGUEZ-
MORALES
(Count One through Seven)

Defendants.

THE GRAND JURY CHARGES:

## COUNT ONE

### 21 U.S.C. §§ 841(a)(1), 846, and 860
*(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)*

From in or about 2021 and continuing up to and until the date of return of the instant

Indictment, in the Municipality of Cayey, in the District of Puerto Rico and elsewhere within

the jurisdiction of this Court,

[1]   EFRAIN A. PLANELL-PEREZ, a/k/a "Gordo Billar," "Billar", "Simba," "Simbad," "el Ocho,"
[2]   DAVID GONZALEZ-OLMO, a/k/a "Caguita,"
[3]   ELIEZER RIVERA-OTERO, a/k/a "Tiki," "Tiky,"
[4]   LUIS D. MALDONADO-BERRIOS, a/k/a "Guinea," "la G,"
[5]   MIGUEL Y. FUENTES-OQUENDO, a/k/a "Barba,"
[6]   JOSE M. RIVERA-FUENTES, a/k/a "Che," "Cheque,"
[7]   EDGAR ANTONIO SANTIAGO-VAZQUEZ, a/k/a "Mili," "Militar,"
[8]   JULIO A. TORRES-ROCHE, a/k/a "Doctor,"
[9]   JOSE DAVID SERRANO-SANTIAGO, a/k/a "Hacha Vieja,"
[10]   KRIS L. VEGA-GONZALEZ, a/k/a "Yandel," "Kris Llandel,"
[11]   MIGUEL A. OLMO-GARCIA, a/k/a "Mine," "Bolillo,"
[12]   YANDEL O. BERMEJO-RODRIGUEZ,
[13]   JOUSEPH DE JESUS-REYES, a/k/a "Boti,"
[14]   JUAN A. FLORES-LEBRON, a/k/a "Juanki,"
[15]   NOEL NIEVES-LORA, a/k/a "Bulin,"
[16]   CRISTOPHER COLON-VIERA, a/k/a "Topher,"
[17]   JOSEPH A. TORRES-QUESADA, a/k/a "Mueca,"
[18]   ZAEL Y. LAO-ORTIZ, a/k/a "Vieques,"
[19]   JAY L. DIAZ-DEL VALLE, a/k/a "Jay Livan," "El Cantante,"
[20]   HECTOR M. CRUZ-AYALA, a/k/a "Gordo Gordo," "Gordo Chiquito,"
[21]   JEREMY ORTIZ-DIAZ, a/k/a "Millo,"
[22]   VICTOR M. CRUZ-ORTIZ, a/k/a "Papa," "El Father,"

[23]   CARLOS A. ARROYO-SANTEL, a/k/a "Rata, "R,"
[24]   ADRIAN J. MIRANDA-RODRIGUEZ, a/k/a "Pilo," "Pilotito,"
[25]   RUBEN M. TORRES-REYES
[26]   LUIS Y. LEON-RODRIGUEZ, a/k/a "Ika,"
[27]   KEVIN M. TORRES-RIVERA, a/k/a "Kevo,"
[28]   EDGARDO ORTIZ-FIGUEROA, a/k/a "Pucho,"
[29]   MICHAEL A. SANTIAGO-CRUZ, a/k/a, "Colo," "Colorao,"
[30]   CHRISTOPHER J. NIEVES-PEREZ, a/k/a "Chucho,"
[31]   JOSE G. JIMENEZ-ROBLES, a/k/a "Joy,"
[32]   CHRISTOPHER J. FONTANEZ-VEGA, a/k/a "Lagarto,"
[33]   ENDEL GABRIEL VIDAL-MALAVE
[34]   BRYAN L. MONTALVO-COLON, a/k/a "Yambra,"
[35]   LUIS A. TRINIDAD-GONZALEZ, a/k/a "Chivito,"
[36]   MARIELA E. SANTIAGO-CUEVAS
[37]   JOSE ORLANDO ORTIZ-MARTINEZ, a/k/a "Champu de Coco,"
        "Vizco,"
[38]   KENNETH O. CLAUDIO-VEGA, a/k/a "Kenny,"
[39]   JONATHAN A. ORTIZ-MARTINEZ, a/k/a "Cocodrilo," "Orejas,"
[40]   JOSEPH VICENTE-VAZQUEZ, a/k/a "Joe Cantera,"
[41]   ALEJANDRO M. TARAFA-FORTUÑO, a/k/a "Zombie,"
[42]   ROSEMARY SANTIAGO-SERRANO, and
[43]   PAOLA M. RODRIGUEZ-MORALES

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with

each other and with other persons known and unknown to the Grand Jury, to commit an

offense against the United States, that is, to knowingly and intentionally distribute and

possess with intent to distribute controlled substances, to wit:  one (1) kilogram or more of a

mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug

Controlled Substance; 280 grams or more of a mixture or substance containing a detectable

amount of cocaine base (crack), a Schedule II Narcotic Drug Controlled Substance; five (5)

kilograms or more of a mixture or substance containing a detectable amount of cocaine, a

Schedule II, Narcotic Drug Controlled Substance; one hundred (100) kilograms or more of a

mixture or substance containing a detectable amount of marijuana, a Schedule I, Controlled

Substance; 400 grams or more of N-phenyl-N-[1-(2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), a Schedule II Narcotic Drug Controlled Substance, detectable amounts of Oxycodone, a Schedule II Controlled Substance, and detectable amounts of Alprazolam (commonly known as Xanax), a Schedule IV Controlled Substance; within one thousand (1,000) feet of a real property comprising the Luis Muñoz Morales and Jardines de Montellano (a/k/a "Greyskull") Public Housing Projects (PHPs), the Polvorin Ward in Cayey, and other areas throughout Puerto Rico.

## I.    OBJECT OF THE CONSPIRACY

The object of the conspiracy was the large-scale distribution of controlled substances at the Luis Muñoz Morales and Jardines de Montellano PHPs, the Polvorin Ward in Cayey, as well as other areas throughout Puerto Rico and the continental United States all for significant financial gain and profit.

## II.    ROLES OF THE MEMBERS OF THE CONSPIRACY

1. [1] EFRAIN A. PLANELL-PEREZ, a/k/a "Gordo Billar," "Billar", "Simba," "Simbad," "el Ocho," and [2]    DAVID GONZALEZ-OLMO, a/k/a "Caguita," were the top leaders of the violent drug trafficking organization charged in this Indictment. [1] EFRAIN A. PLANELL-PEREZ led this organization from a Puerto Rican prison. Below them were other leaders of varying degrees of authority.

2. Members of the conspiracy took on distinct roles but sometimes served in multiple positions either at the same time or as the result of promotion or demotion. Leaders operating under [1] PLANELL-PEREZ and [2] GONZALEZ-OLMO controlled the drug trafficking and its corresponding violence.

3. The leaders controlled the drug trafficking operations at drug distribution points located within the Luis Muñoz Morales and Jardines de Montellano PHPs, the Polvorin Ward in Cayey, as well as other areas throughout Puerto Rico. During the span of the conspiracy, leaders regularly purchased kilogram quantities of narcotics and oversaw the sale of such narcotics at the drug distribution points. They would receive proceeds from the sale of controlled substances distributed at the drug distribution points. At various times during the conspiracy, leaders purchased firearms and allowed members of the conspiracy to carry them to protect their drug territory from rival drug trafficking organizations. Leaders themselves would also possess firearms in furtherance of the drug trafficking activities of the organization.

4. Some members of the conspiracy had the position or additional duty of serving as "enforcers." Enforcers possessed, carried, brandished, used, and discharged firearms to protect the leaders and members of the drug trafficking organization, to defend and expand territory, to ensure the flow of drug profits, to punish members of the organization, and generally to further the goals of the conspiracy. Enforcers often acted upon instructions given by the leaders of the organization. Enforcers would often provide protection to the drug trafficking organization's drug distribution points. Gang leadership allowed enforcers to operate as contract killers for other criminal groups in Puerto Rico, a practice that increased the notoriety and fear of the gang and therefore its status and corresponding ability to run a profitable drug trafficking enterprise.

5. Some members acted as "runners" of narcotics. The runners worked under the supervision of the leaders of the drug trafficking organization. Runners were responsible for

providing sufficient narcotics to the sellers for further distribution at the drug points. They were also responsible for collecting the proceeds of drug sales and paying the street sellers.

6. The sellers would work shifts at established drug points where they would distribute street quantity amounts of heroin, crack cocaine, cocaine, marijuana, alprazolam, oxycodone, and fentanyl. As sellers, they were accountable for the drug proceeds and the narcotics sold at the drug distribution points.

7. Some members served as "facilitators," who would serve as messengers for members of the organization. Some facilitators would also work as lookouts for the organization using two-way radios or walkie-talkies to alert sellers and runners of the presence of law enforcement and rival drug traffickers. Some facilitators would aid the leaders and other members of the organization in the handling and management of the organization's proceeds.

8. Other facilitators with employment in the Puerto Rico Department of Housing would learn information about pending police interventions by virtue of their employment and would warn gang members so that they could hide evidence before police could discover it.

### III.    MANNER AND MEANS OF THE CONSPIRACY

The following are some, but not all, of the manner and means by which the defendants and their co-conspirators would further and accomplish the object of the conspiracy:

1.    The defendants and their co-conspirators established drug distribution points at different locations within the Luis Muñoz Morales and Jardines de Montellano PHPs, the Polvorin Ward in Cayey, as well as other areas throughout Puerto Rico.

2.     The organization referred to itself as "Los Vira'o" and used other insignia to identify its membership and loyalty, including jewelry, stickers, or tattoos of the letters "LFNM," which stands for "*La Familia Nunca Muere*," or The Family Never Dies.

3.     [1]     EFRAIN A. PLANELL-PEREZ, the top leader of the gang, was incarcerated, and used contraband cellular devices to communicate with gang members, hold conference calls and video calls, make electronic fund transfers, and coordinate gang activity. Additionally, he purchased drugs and guns, gave orders regarding the function of the drug points, ordered murders, resolved disputes, and taught new members how to prepare drugs for sale, among other things.

4.     The members of Los Vira'o extensively used cellular devices to communicate with one another about drug trafficking business, to include acquiring and selling drugs and guns, scheduling drug point shifts, coordinating meetings to discuss drug trafficking business, and communicating about killing rival gangs. Members would also send photos, messages, audios via their cellphones related to these illegal activities. Many members of Los Vira'o would post criminal activities to social media both to raise their own status and intimidate rivals.

5.     Members of Los Vira'o drug trafficking organization purchased commercially available security cameras, installed them in the Luis Muñoz Morales and Jardines de Montellano PHPs, and downloaded corresponding applications to their cellular devices to monitor activity within those PHPs, looking out for police activity and/ or attacks by rival gangs.

6.     A contingent of the founding members of Los Vira'o previously belonged to another drug trafficking organization based in Caguas, Puerto Rico. Those members of Los Vira'o turned against the other Caguas based gang, and since the inception of Los Vira'o in or around 2021 have been in a turf war with that other organization. Members of Los Vira'o would carry out attacks against members of the other Caguas-based organization, to include coordinated shootings in rival gang territory using automatic weapons and squad-like tactics, killing both intended and unintended victims. Members of Los Vira'o have also been at war with the allies of this Caguas-based organization, to include allies that controlled the Luis Muñoz Morales and Jardines de Montellano PHPs, and Polvorin Wards before Los Vira'o took control of those areas by violence.

7.     Members of Los Vira'o would carry out violent carjackings using firearms in Puerto Rico to acquire vehicles to use in murders and other criminal acts. Members would refer to those stolen cars as units, and those cars were generally forbidden from being stored inside the PHPs. After use in a murder or other criminal act, gang members would burn the cars or sell them.

8.     Members of Los Vira'o created a music label and produced music and music videos with lyrics describing specific gang activity, real coconspirators, and real criminal events. Music videos of Los Vira'o feature real firearms brandished in the videos. Los Vira'o furthered their conspiracy though the music videos by portraying through them an intimidating appearance and making threats to enemies.

9.     Members of Los Vira'o have participated in multiple shooting incidents and in multiple acts of violence in the Municipality of Cayey to take control of the two PHPs and

ward described above. Los Vira'o uses violence to control and defend their drug points inside the Munoz-Rivera and Jardines de Montellano PHPs and Polvorin Ward in Cayey. They use firearms, to include automatic firearms, to protect their drug points, drugs, members of the organization, to threaten locals, and to scare and kill their enemies.

10.  Certain members of Los Vira'o would convert semi-automatic rifles and pistols into automatic weapons; that is, modify them to fire automatically more than one shot, without manual reloading, by a single function of the trigger.

11.  The defendants and their co-conspirators would sell street quantity amounts of heroin, fentanyl, cocaine base ("crack"), cocaine, marijuana and prescription pills at the drug points. The defendants and their co-conspirators would also receive wholesale amounts of heroin, fentanyl, cocaine, cocaine base ("crack"), marijuana, and prescription pills and later repackage them for sale in the Luis Muñoz Morales and Jardines de Montellano PHPs, Polvorin Ward in Cayey, as well as other areas throughout Puerto Rico. Members of the conspiracy would store drugs in various places, to include stash houses within and outside the public housing projects.

12.  The defendants and their co-conspirators would communicate with each other using cellphones to further their drug trafficking activities. Additionally, runners used cellphones to communicate with the sellers to make sure they had enough supply to sell and, if needed, provide each other with additional supplies of heroin, fentanyl, cocaine, cocaine base ("crack"), marijuana and prescription pills.

13.  Some of the defendants and their co-conspirators would cook cocaine base ("crack") in wholesale amounts to later prepare and sell in street quantities at the drug points.

14.   Some of the defendants and their co-conspirators would press fentanyl into pills for sale at the drug points.

15.   Members of the drug trafficking organization would use intimidation, force, and violence to maintain control of the drug trafficking operations and intimidate rival drug trafficking organizations, and as punishment against their own members suspected of violating gang rules, cooperating with law enforcement, or providing information to rival gangs. This resulted in shootings, murders, and injuries to people in the gang, to enemies of the gang, and to innocent victims.

16.   Some of the defendants and their co-conspirators would conceal or store ammunition, magazines, and firearms in their homes and/or abandoned apartments or other properties to avoid detection by law enforcement.

17.   The defendants and their co-conspirators would routinely possess, carry, brandish, use, and discharge firearms to protect themselves and their drug trafficking organization.

18.   Some members of the conspiracy would collect and transfer proceeds of drug sales for themselves and for other members of the conspiracy.

19.   Some members of the conspiracy would smuggle contraband, to include cellphones, into prison facilities, and some members of the conspiracy would facilitate the smuggling of contraband into prison facilities. Incarcerated members of the conspiracy participated in the conspiracy from confinement, in part through the use of contraband cellphones.

All in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846, and 860.

## COUNT TWO

21 U.S.C. §§ 841(a)(1) and 860 and 18 U.S.C. § 2
*(Aiding and Abetting in the Distribution and Possession with Intent to Distribute Heroin)*

From in or about 2021 and continuing up to and until the date of return of the instant

Indictment, in the Municipality of Cayey, in the District of Puerto Rico and elsewhere within

the jurisdiction of this Court,

[1]     EFRAIN A. PLANELL-PEREZ, a/k/a "Gordo Billar," "Billar", "Simba," "Simbad," "el Ocho,"
[2]     DAVID GONZALEZ-OLMO, a/k/a "Caguita,"
[3]     ELIEZER RIVERA-OTERO, a/k/a "Tiki," "Tiky,"
[4]     LUIS D. MALDONADO-BERRIOS, a/k/a "Guinea," "la G,"
[5]     MIGUEL Y. FUENTES-OQUENDO, a/k/a "Barba,"
[6]     JOSE M. RIVERA-FUENTES, a/k/a "Che," "Cheque,"
[7]     EDGAR ANTONIO SANTIAGO-VAZQUEZ, a/k/a "Mili," "Militar,"
[8]     JULIO A. TORRES-ROCHE, a/k/a "Doctor,"
[9]     JOSE DAVID SERRANO-SANTIAGO, a/k/a "Hacha Vieja,"
[10]    KRIS L. VEGA-GONZALEZ, a/k/a "Yandel," "Kris Llandel,"
[11]    MIGUEL A. OLMO-GARCIA, a/k/a "Mine," "Bolillo,"
[12]    YANDEL O. BERMEJO-RODRIGUEZ,
[13]    JOUSEPH DE JESUS-REYES, a/k/a "Boti,"
[14]    JUAN A. FLORES-LEBRON, a/k/a "Juanki,"
[15]    NOEL NIEVES-LORA, a/k/a "Bulin,"
[16]    CRISTOPHER COLON-VIERA, a/k/a "Topher,"
[17]    JOSEPH A. TORRES-QUESADA, a/k/a "Mueca,"
[18]    ZAEL Y. LAO-ORTIZ, a/k/a "Vieques,"
[19]    JAY L. DIAZ-DEL VALLE, a/k/a "Jay Livan," "El Cantante,"
[20]    HECTOR M. CRUZ-AYALA, a/k/a "Gordo Gordo," "Gordo Chiquito,"
[21]    JEREMY ORTIZ-DIAZ, a/k/a "Millo,"
[22]    VICTOR M. CRUZ-ORTIZ, a/k/a "Papa," "El Father,"
[23]    CARLOS A. ARROYO-SANTEL, a/k/a "Rata, "R,"
[24]    ADRIAN J. MIRANDA-RODRIGUEZ, a/k/a "Pilo," "Pilotito,"
[25]    RUBEN M. TORRES-REYES
[26]    LUIS Y. LEON-RODRIGUEZ, a/k/a "Ika,"
[27]    KEVIN M. TORRES-RIVERA, a/k/a "Kevo,"
[28]    EDGARDO ORTIZ-FIGUEROA, a/k/a "Pucho,"
[29]    MICHAEL A. SANTIAGO-CRUZ, a/k/a, "Colo," "Colorao,"
[30]    CHRISTOPHER J. NIEVES-PEREZ, a/k/a "Chucho,"

[31]   JOSE G. JIMENEZ-ROBLES, a/k/a "Joy,"
[32]   CHRISTOPHER J. FONTANEZ-VEGA, a/k/a "Lagarto,"
[33]   ENDEL GABRIEL VIDAL-MALAVE
[34]   BRYAN L. MONTALVO-COLON, a/k/a "Yambra,"
[35]   LUIS A. TRINIDAD-GONZALEZ, a/k/a "Chivito,"
[36]   MARIELA E. SANTIAGO-CUEVAS
[37]   JOSE ORLANDO ORTIZ-MARTINEZ, a/k/a "Champu de Coco," "Vizco,"
[38]   KENNETH O. CLAUDIO-VEGA, a/k/a "Kenny,"
[39]   JONATHAN A. ORTIZ-MARTINEZ, a/k/a "Cocodrilo," "Orejas,"
[40]   JOSEPH VICENTE-VAZQUEZ, a/k/a "Joe Cantera,"
[41]   ALEJANDRO M. TARAFA-FORTUÑO, a/k/a "Zombie,"
[42]   ROSEMARY SANTIAGO-SERRANO, and
[43]   PAOLA M. RODRIGUEZ-MORALES

the defendants herein, aiding and abetting each other, did knowingly and intentionally distribute and possess with intent to distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, within one thousand (1,000) feet of a real property comprising Luis Muñoz Morales and Jardines de Montellano Public Housing Projects; housing facilities owned by a public housing authority. All in violation of 21, U.S.C. §§ 841(a)(1), (b)(1)(A)(i) and 860, and 18 U.S.C. § 2.

## COUNT THREE

21 U.S.C. §§ 841(a)(1) and 860 and 18 U.S.C. § 2
*(Aiding and Abetting in the Distribution and Possession with Intent to Distribute Cocaine Base)*

From in or about 2021 and continuing up to and until the date of return of the instant Indictment, in the Municipality of Cayey, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

[1]   EFRAIN A. PLANELL-PEREZ, a/k/a "Gordo Billar," "Billar", "Simba," "Simbad," "el Ocho,"

14

[2]  DAVID GONZALEZ-OLMO, a/k/a "Caguita,"
[3]  ELIEZER RIVERA-OTERO, a/k/a "Tiki," "Tiky,"
[4]  LUIS D. MALDONADO-BERRIOS, a/k/a "Guinea," "la G,"
[5]  MIGUEL Y. FUENTES-OQUENDO, a/k/a "Barba,"
[6]  JOSE M. RIVERA-FUENTES, a/k/a "Che," "Cheque,"
[7]  EDGAR ANTONIO SANTIAGO-VAZQUEZ, a/k/a "Mili," "Militar,"
[8]  JULIO A. TORRES-ROCHE, a/k/a "Doctor,"
[9]  JOSE DAVID SERRANO-SANTIAGO, a/k/a "Hacha Vieja,"
[10]  KRIS L. VEGA-GONZALEZ, a/k/a "Yandel," "Kris Llandel,"
[11]  MIGUEL A. OLMO-GARCIA, a/k/a "Mine," "Bolillo,"
[12]  YANDEL O. BERMEJO-RODRIGUEZ,
[13]  JOUSEPH DE JESUS-REYES, a/k/a "Boti,"
[14]  JUAN A. FLORES-LEBRON, a/k/a "Juanki,"
[15]  NOEL NIEVES-LORA, a/k/a "Bulin,"
[16]  CRISTOPHER COLON-VIERA, a/k/a "Topher,"
[17]  JOSEPH A. TORRES-QUESADA, a/k/a "Mueca,"
[18]  ZAEL Y. LAO-ORTIZ, a/k/a "Vieques,"
[19]  JAY L. DIAZ-DEL VALLE, a/k/a "Jay Livan," "El Cantante,"
[20]  HECTOR M. CRUZ-AYALA, a/k/a "Gordo Gordo," "Gordo Chiquito,"
[21]  JEREMY ORTIZ-DIAZ, a/k/a "Millo,"
[22]  VICTOR M. CRUZ-ORTIZ, a/k/a "Papa," "El Father,"
[23]  CARLOS A. ARROYO-SANTEL, a/k/a "Rata, "R,"
[24]  ADRIAN J. MIRANDA-RODRIGUEZ, a/k/a "Pilo," "Pilotito,"
[25]  RUBEN M. TORRES-REYES
[26]  LUIS Y. LEON-RODRIGUEZ, a/k/a "Ika,"
[27]  KEVIN M. TORRES-RIVERA, a/k/a "Kevo,"
[28]  EDGARDO ORTIZ-FIGUEROA, a/k/a "Pucho,"
[29]  MICHAEL A. SANTIAGO-CRUZ, a/k/a, "Colo," "Colorao,"
[30]  CHRISTOPHER J. NIEVES-PEREZ, a/k/a "Chucho,"
[31]  JOSE G. JIMENEZ-ROBLES, a/k/a "Joy,"
[32]  CHRISTOPHER J. FONTANEZ-VEGA, a/k/a "Lagarto,"
[33]  ENDEL GABRIEL VIDAL-MALAVE
[34]  BRYAN L. MONTALVO-COLON, a/k/a "Yambra,"
[35]  LUIS A. TRINIDAD-GONZALEZ, a/k/a "Chivito,"
[36]  MARIELA E. SANTIAGO-CUEVAS
[37]  JOSE ORLANDO ORTIZ-MARTINEZ, a/k/a "Champu de Coco," "Vizco,"
[38]  KENNETH O. CLAUDIO-VEGA, a/k/a "Kenny,"
[39]  JONATHAN A. ORTIZ-MARTINEZ, a/k/a "Cocodrilo," "Orejas,"
[40]  JOSEPH VICENTE-VAZQUEZ, a/k/a "Joe Cantera,"
[41]  ALEJANDRO M. TARAFA-FORTUÑO, a/k/a "Zombie,"
[42]  ROSEMARY SANTIAGO-SERRANO, and
[43]  PAOLA M. RODRIGUEZ-MORALES

the defendants herein, aiding and abetting each other, did knowingly and intentionally, distribute and possess with intent to distribute 280 grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of a real property comprising the Luis Muñoz Morales and Jardines de Montellano Public Housing Projects; housing facilities owned by a public housing authority. All in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) and 860 and 18 U.S.C. § 2.

## COUNT FOUR

21 U.S.C. §§ 841(a)(1) and 860 and 18 U.S.C. § 2
*(Aiding and Abetting in the Distribution and Possession with Intent to Distribute Cocaine)*

From in or about 2021 and continuing up to and until the date of return of the instant Indictment, in the Municipality of Cayey, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

[1]   EFRAIN A. PLANELL-PEREZ, a/k/a "Gordo Billar," "Billar", "Simba," "Simbad," "el Ocho,"
[2]   DAVID GONZALEZ-OLMO, a/k/a "Caguita,"
[3]   ELIEZER RIVERA-OTERO, a/k/a "Tiki," "Tiky,"
[4]   LUIS D. MALDONADO-BERRIOS, a/k/a "Guinea," "la G,"
[5]   MIGUEL Y. FUENTES-OQUENDO, a/k/a "Barba,"
[6]   JOSE M. RIVERA-FUENTES, a/k/a "Che," "Cheque,"
[7]   EDGAR ANTONIO SANTIAGO-VAZQUEZ, a/k/a "Mili," "Militar,"
[8]   JULIO A. TORRES-ROCHE, a/k/a "Doctor,"
[9]   JOSE DAVID SERRANO-SANTIAGO, a/k/a "Hacha Vieja,"
[10]  KRIS L. VEGA-GONZALEZ, a/k/a "Yandel," "Kris Llandel,"
[11]  MIGUEL A. OLMO-GARCIA, a/k/a "Mine," "Bolillo,"
[12]  YANDEL O. BERMEJO-RODRIGUEZ,
[13]  JOUSEPH DE JESUS-REYES, a/k/a "Boti,"
[14]  JUAN A. FLORES-LEBRON, a/k/a "Juanki,"
[15]  NOEL NIEVES-LORA, a/k/a "Bulin,"
[16]  CRISTOPHER COLON-VIERA, a/k/a "Topher,"

[17]   JOSEPH A. TORRES-QUESADA, a/k/a "Mueca,"
[18]   ZAEL Y. LAO-ORTIZ, a/k/a "Vieques,"
[19]   JAY L. DIAZ-DEL VALLE, a/k/a "Jay Livan," "El Cantante,"
[20]   HECTOR M. CRUZ-AYALA, a/k/a "Gordo Gordo," "Gordo Chiquito,"
[21]   JEREMY ORTIZ-DIAZ, a/k/a "Millo,"
[22]   VICTOR M. CRUZ-ORTIZ, a/k/a "Papa," "El Father,"
[23]   CARLOS A. ARROYO-SANTEL, a/k/a "Rata, "R,"
[24]   ADRIAN J. MIRANDA-RODRIGUEZ, a/k/a "Pilo," "Pilotito,"
[25]   RUBEN M. TORRES-REYES
[26]   LUIS Y. LEON-RODRIGUEZ, a/k/a "Ika,"
[27]   KEVIN M. TORRES-RIVERA, a/k/a "Kevo,"
[28]   EDGARDO ORTIZ-FIGUEROA, a/k/a "Pucho,"
[29]   MICHAEL A. SANTIAGO-CRUZ, a/k/a, "Colo," "Colorao,"
[30]   CHRISTOPHER J. NIEVES-PEREZ, a/k/a "Chucho,"
[31]   JOSE G. JIMENEZ-ROBLES, a/k/a "Joy,"
[32]   CHRISTOPHER J. FONTANEZ-VEGA, a/k/a "Lagarto,"
[33]   ENDEL GABRIEL VIDAL-MALAVE
[34]   BRYAN L. MONTALVO-COLON, a/k/a "Yambra,"
[35]   LUIS A. TRINIDAD-GONZALEZ, a/k/a "Chivito,"
[36]   MARIELA E. SANTIAGO-CUEVAS
[37]   JOSE ORLANDO ORTIZ-MARTINEZ, a/k/a "Champu de Coco,"
       "Vizco,"
[38]   KENNETH O. CLAUDIO-VEGA, a/k/a "Kenny,"
[39]   JONATHAN A. ORTIZ-MARTINEZ, a/k/a "Cocodrilo," "Orejas,"
[40]   JOSEPH VICENTE-VAZQUEZ, a/k/a "Joe Cantera,"
[41]   ALEJANDRO M. TARAFA-FORTUÑO, a/k/a "Zombie,"
[42]   ROSEMARY SANTIAGO-SERRANO, and
[43]   PAOLA M. RODRIGUEZ-MORALES

the defendants herein, aiding and abetting each other, did knowingly and intentionally, distribute and possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of a real property comprising the Luis Muñoz Morales and Jardines de Montellano Public Housing Projects; housing facilities owned by a public housing authority. All in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii) and 860 and 18 U.S.C. § 2.

## COUNT FIVE

21 U.S.C. §§ 841(a)(1) and 860 and 18 U.S.C. § 2
*(Aiding and Abetting in the Distribution and Possession with Intent to Distribute Marihuana)*

From in or about 2021 and continuing up to and until the date of return of the instant

Indictment, in the Municipality of Cayey, in the District of Puerto Rico and elsewhere within

the jurisdiction of this Court,

[1]    EFRAIN A. PLANELL-PEREZ, a/k/a "Gordo Billar," "Billar", "Simba," "Simbad," "el Ocho,"
[2]    DAVID GONZALEZ-OLMO, a/k/a "Caguita,"
[3]    ELIEZER RIVERA-OTERO, a/k/a "Tiki," "Tiky,"
[4]    LUIS D. MALDONADO-BERRIOS, a/k/a "Guinea," "la G,"
[5]    MIGUEL Y. FUENTES-OQUENDO, a/k/a "Barba,"
[6]    JOSE M. RIVERA-FUENTES, a/k/a "Che," "Cheque,"
[7]    EDGAR ANTONIO SANTIAGO-VAZQUEZ, a/k/a "Mili," "Militar,"
[8]    JULIO A. TORRES-ROCHE, a/k/a "Doctor,"
[9]    JOSE DAVID SERRANO-SANTIAGO, a/k/a "Hacha Vieja,"
[10]   KRIS L. VEGA-GONZALEZ, a/k/a "Yandel," "Kris Llandel,"
[11]   MIGUEL A. OLMO-GARCIA, a/k/a "Mine," "Bolillo,"
[12]   YANDEL O. BERMEJO-RODRIGUEZ,
[13]   JOUSEPH DE JESUS-REYES, a/k/a "Boti,"
[14]   JUAN A. FLORES-LEBRON, a/k/a "Juanki,"
[15]   NOEL NIEVES-LORA, a/k/a "Bulin,"
[16]   CRISTOPHER COLON-VIERA, a/k/a "Topher,"
[17]   JOSEPH A. TORRES-QUESADA, a/k/a "Mueca,"
[18]   ZAEL Y. LAO-ORTIZ, a/k/a "Vieques,"
[19]   JAY L. DIAZ-DEL VALLE, a/k/a "Jay Livan," "El Cantante,"
[20]   HECTOR M. CRUZ-AYALA, a/k/a "Gordo Gordo," "Gordo Chiquito,"
[21]   JEREMY ORTIZ-DIAZ, a/k/a "Millo,"
[22]   VICTOR M. CRUZ-ORTIZ, a/k/a "Papa," "El Father,"
[23]   CARLOS A. ARROYO-SANTEL, a/k/a "Rata, "R,"
[24]   ADRIAN J. MIRANDA-RODRIGUEZ, a/k/a "Pilo," "Pilotito,"
[25]   RUBEN M. TORRES-REYES
[26]   LUIS Y. LEON-RODRIGUEZ, a/k/a "Ika,"
[27]   KEVIN M. TORRES-RIVERA, a/k/a "Kevo,"
[28]   EDGARDO ORTIZ-FIGUEROA, a/k/a "Pucho,"
[29]   MICHAEL A. SANTIAGO-CRUZ, a/k/a, "Colo," "Colorao,"

[30]   CHRISTOPHER J. NIEVES-PEREZ, a/k/a "Chucho,"
[31]   JOSE G. JIMENEZ-ROBLES, a/k/a "Joy,"
[32]   CHRISTOPHER J. FONTANEZ-VEGA, a/k/a "Lagarto,"
[33]   ENDEL GABRIEL VIDAL-MALAVE
[34]   BRYAN L. MONTALVO-COLON, a/k/a "Yambra,"
[35]   LUIS A. TRINIDAD-GONZALEZ, a/k/a "Chivito,"
[36]   MARIELA E. SANTIAGO-CUEVAS
[37]   JOSE ORLANDO ORTIZ-MARTINEZ, a/k/a "Champu de Coco,"
       "Vizco,"
[38]   KENNETH O. CLAUDIO-VEGA, a/k/a "Kenny,"
[39]   JONATHAN A. ORTIZ-MARTINEZ, a/k/a "Cocodrilo," "Orejas,"
[40]   JOSEPH VICENTE-VAZQUEZ, a/k/a "Joe Cantera,"
[41]   ALEJANDRO M. TARAFA-FORTUÑO, a/k/a "Zombie,"
[42]   ROSEMARY SANTIAGO-SERRANO, and
[43]   PAOLA M. RODRIGUEZ-MORALES

the defendants herein, aiding and abetting each other, did knowingly and intentionally, distribute and possess with intent to distribute one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, within one thousand (1,000) feet of a real property comprising the Luis Muñoz Morales and Jardines de Montellano Public Housing Projects; housing facilities owned by a public housing authority. All in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii) and 860 and 18 U.S.C. § 2.

## COUNT SIX

21 U.S.C. §§ 841(a)(1) and 860 and 18 U.S.C. § 2
*(Aiding and Abetting in the Distribution and Possession with Intent to Distribute Fentanyl)*

From in or about 2021 and continuing up to and until the date of return of the instant Indictment, in the Municipality of Cayey, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

[1]  EFRAIN A. PLANELL-PEREZ, a/k/a "Gordo Billar," "Billar", "Simba," "Simbad," "el Ocho,"
[2]  DAVID GONZALEZ-OLMO, a/k/a "Caguita,"
[3]  ELIEZER RIVERA-OTERO, a/k/a "Tiki," "Tiky,"
[4]  LUIS D. MALDONADO-BERRIOS, a/k/a "Guinea," "la G,"
[5]  MIGUEL Y. FUENTES-OQUENDO, a/k/a "Barba,"
[6]  JOSE M. RIVERA-FUENTES, a/k/a "Che," "Cheque,"
[7]  EDGAR ANTONIO SANTIAGO-VAZQUEZ, a/k/a "Mili," "Militar,"
[8]  JULIO A. TORRES-ROCHE, a/k/a "Doctor,"
[9]  JOSE DAVID SERRANO-SANTIAGO, a/k/a "Hacha Vieja,"
[10]  KRIS L. VEGA-GONZALEZ, a/k/a "Yandel," "Kris Llandel,"
[11]  MIGUEL A. OLMO-GARCIA, a/k/a "Mine," "Bolillo,"
[12]  YANDEL O. BERMEJO-RODRIGUEZ,
[13]  JOUSEPH DE JESUS-REYES, a/k/a "Boti,"
[14]  JUAN A. FLORES-LEBRON, a/k/a "Juanki,"
[15]  NOEL NIEVES-LORA, a/k/a "Bulin,"
[16]  CRISTOPHER COLON-VIERA, a/k/a "Topher,"
[17]  JOSEPH A. TORRES-QUESADA, a/k/a "Mueca,"
[18]  ZAEL Y. LAO-ORTIZ, a/k/a "Vieques,"
[19]  JAY L. DIAZ-DEL VALLE, a/k/a "Jay Livan," "El Cantante,"
[20]  HECTOR M. CRUZ-AYALA, a/k/a "Gordo Gordo," "Gordo Chiquito,"
[21]  JEREMY ORTIZ-DIAZ, a/k/a "Millo,"
[22]  VICTOR M. CRUZ-ORTIZ, a/k/a "Papa," "El Father,"
[23]  CARLOS A. ARROYO-SANTEL, a/k/a "Rata, "R,"
[24]  ADRIAN J. MIRANDA-RODRIGUEZ, a/k/a "Pilo," "Pilotito,"
[25]  RUBEN M. TORRES-REYES
[26]  LUIS Y. LEON-RODRIGUEZ, a/k/a "Ika,"
[27]  KEVIN M. TORRES-RIVERA, a/k/a "Kevo,"
[28]  EDGARDO ORTIZ-FIGUEROA, a/k/a "Pucho,"
[29]  MICHAEL A. SANTIAGO-CRUZ, a/k/a, "Colo," "Colorao,"
[30]  CHRISTOPHER J. NIEVES-PEREZ, a/k/a "Chucho,"
[31]  JOSE G. JIMENEZ-ROBLES, a/k/a "Joy,"
[32]  CHRISTOPHER J. FONTANEZ-VEGA, a/k/a "Lagarto,"
[33]  ENDEL GABRIEL VIDAL-MALAVE
[34]  BRYAN L. MONTALVO-COLON, a/k/a "Yambra,"
[35]  LUIS A. TRINIDAD-GONZALEZ, a/k/a "Chivito,"
[36]  MARIELA E. SANTIAGO-CUEVAS
[37]  JOSE ORLANDO ORTIZ-MARTINEZ, a/k/a "Champu de Coco," "Vizco,"
[38]  KENNETH O. CLAUDIO-VEGA, a/k/a "Kenny,"
[39]  JONATHAN A. ORTIZ-MARTINEZ, a/k/a "Cocodrilo," "Orejas,"
[40]  JOSEPH VICENTE-VAZQUEZ, a/k/a "Joe Cantera,"
[41]  ALEJANDRO M. TARAFA-FORTUÑO, a/k/a "Zombie,"

[42]   ROSEMARY SANTIAGO-SERRANO, and
[43]   PAOLA M. RODRIGUEZ-MORALES

the defendants herein, aiding and abetting each other, did knowingly and intentionally

distribute and possession with intent to distribute 400 grams of more of N-phenyl-N-[1-(2-

phenylethyl) -4-piperidinyl] propenamide (fentanyl), a Schedule II Narcotic Drug Controlled

Substance, within one thousand (1,000) feet of a real property comprising the Luis Muñoz

Morales and Jardines de Montellano Public Housing Projects; housing facilities owned by a

public housing authority. All in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and 860 and

18 U.S.C. § 2.

## COUNT SEVEN

18 U.S.C. §§ 924(c) and 18 U.S.C. § 2
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

From in or about 2021 and continuing up to and until the date of return of the instant

Indictment, in the Municipality of Cayey, in the District of Puerto Rico and elsewhere within

the jurisdiction of this Court,

[1]    EFRAIN A. PLANELL-PEREZ, a/k/a "Gordo Billar," "Billar", "Simba,"
       "Simbad," "el Ocho,"
[2]    DAVID GONZALEZ-OLMO, a/k/a "Caguita,"
[3]    ELIEZER RIVERA-OTERO, a/k/a "Tiki," "Tiky,"
[4]    LUIS D. MALDONADO-BERRIOS, a/k/a "Guinea," "la G,"
[5]    MIGUEL Y. FUENTES-OQUENDO, a/k/a "Barba,"
[7]    EDGAR ANTONIO SANTIAGO-VAZQUEZ, a/k/a "Mili," "Militar,"
[8]    JULIO A. TORRES-ROCHE, a/k/a "Doctor,"
[9]    JOSE DAVID SERRANO-SANTIAGO, a/k/a "Hacha Vieja,"
[10]   KRIS L. VEGA-GONZALEZ, a/k/a "Yandel," "Kris Llandel,"
[11]   MIGUEL A. OLMO-GARCIA, a/k/a "Mine," "Bolillo,"
[12]   YANDEL O. BERMEJO-RODRIGUEZ,
[13]   JOUSEPH DE JESUS-REYES, a/k/a "Boti,"
[14]   JUAN A. FLORES-LEBRON, a/k/a "Juanki,"
[15]   NOEL NIEVES-LORA, a/k/a "Bulin,"
[16]   CRISTOPHER COLON-VIERA, a/k/a "Topher,"

[17]    JOSEPH A. TORRES-QUESADA, a/k/a "Mueca,"
[18]    ZAEL Y. LAO-ORTIZ, a/k/a "Vieques,"
[19]    JAY L. DIAZ-DEL VALLE, a/k/a "Jay Livan," "El Cantante,"
[20]    HECTOR M. CRUZ-AYALA, a/k/a "Gordo Gordo," "Gordo Chiquito,"
[21]    JEREMY ORTIZ-DIAZ, a/k/a "Millo,"
[22]    VICTOR M. CRUZ-ORTIZ, a/k/a "Papa," "El Father,"
[24]    ADRIAN J. MIRANDA-RODRIGUEZ, a/k/a "Pilo," "Pilotito,"
[25]    RUBEN M. TORRES-REYES
[26]    LUIS Y. LEON-RODRIGUEZ, a/k/a "Ika,"
[30]    CHRISTOPHER J. NIEVES-PEREZ, a/k/a "Chucho,"
[32]    CHRISTOPHER J. FONTANEZ-VEGA, a/k/a "Lagarto," and
[43]    PAOLA M. RODRIGUEZ-MORALES

the defendants herein, aiding and abetting each other and others, did knowingly and unlawfully possess firearms, of unknown make and caliber, as that term is defined in 18 U.S.C. § 921(a)(3), in furtherance of a drug trafficking crime for which they may be prosecuted in a Court of the United States to wit, violations of 21 U.S.C. §§ 841(a)(1), 846 and 860, as charged in Counts One through Six of this  Indictment. All in violation of 18 U.S.C. §§ 924(c)(1)(A) and 18 U.S.C. § 2.

### COUNT EIGHT

18 U.S.C. §§ 924(c) and 18 U.S.C. § 2
*(Possession of a Machinegun in Furtherance of a Drug Trafficking Crime)*

From in or about 2021 and continuing up to and until the date of return of the instant Indictment, in the Municipality of Cayey, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

[1]    EFRAIN A. PLANELL-PEREZ, a/k/a "Gordo Billar," "Billar", "Simba," "Simbad," "el Ocho,"
[2]    DAVID GONZALEZ-OLMO, a/k/a "Caguita,"
[3]    ELIEZER RIVERA-OTERO, a/k/a "Tiki," "Tiky,"
[5]    MIGUEL Y. FUENTES-OQUENDO, a/k/a "Barba,"
[7]    EDGAR ANTONIO SANTIAGO-VAZQUEZ, a/k/a "Mili," "Militar,"
[9]    JOSE DAVID SERRANO-SANTIAGO, a/k/a "Hacha Vieja,"

[10]   KRIS L. VEGA-GONZALEZ, a/k/a "Yandel," "Kris Llandel,"
[11]   MIGUEL A. OLMO-GARCIA, a/k/a "Mine," "Bolillo,"
[13]   JOUSEPH DE JESUS-REYES, a/k/a "Boti,"
[14]   JUAN A. FLORES-LEBRON, a/k/a "Juanki,"
[15]   NOEL NIEVES-LORA, a/k/a "Bulin,"
[16]   CRISTOPHER COLON-VIERA, a/k/a "Topher,"
[17]   JOSEPH A. TORRES-QUESADA, a/k/a "Mueca,"
[21]   JEREMY ORTIZ-DIAZ, a/k/a "Millo,"
[25]   RUBEN M. TORRES-REYES

the defendants herein, aiding and abetting each other and others, did knowingly and unlawfully possess firearms, of known and unknown makes and calibers, modified to fire automatically more than one shot, without manual reloading, by a single function of the trigger, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, violations of 21 U.S.C. §§ 841(a)(1), 846 and 860, as charged in Counts One through Six of this Indictment. All in violation of 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(B)(ii), and 18 U.S.C. § 2.

## NARCOTICS FORFEITURE ALLEGATION

### 21 U.S.C. § 853(a)(1) and (2)

1. The allegations contained in Counts One to Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1).

2. Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. §§ 841 and 846, set forth in Counts One through Six of this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited, to a money judgment in the amount of $9,362,160.

### FIREARMS AND AMMUNITION FORFEITURE ALLEGATION
18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c)

The allegations contained in Counts Seven and Eight of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 924(c) as set forth in Counts Seven and Eight of this Indictment, the defendants,

[1]    EFRAIN A. PLANELL-PEREZ, a/k/a "Gordo Billar," "Billar", "Simba," "Simbad," "el Ocho,"
[2]    DAVID GONZALEZ-OLMO, a/k/a "Caguita,"
[3]    ELIEZER RIVERA-OTERO, a/k/a "Tiki," "Tiky,"
[4]    LUIS D. MALDONADO-BERRIOS, a/k/a "Guinea," "la G,"
[5]    MIGUEL Y. FUENTES-OQUENDO, a/k/a "Barba,"
[8]    JULIO A. TORRES-ROCHE, a/k/a "Doctor,"
[9]    JOSE DAVID SERRANO-SANTIAGO, a/k/a "Hacha Vieja,"
[10]   KRIS L. VEGA-GONZALEZ, a/k/a "Yandel," "Kris Llandel,"
[11]   MIGUEL A. OLMO-GARCIA, a/k/a "Mine," "Bolillo,"
[12]   YANDEL O. BERMEJO-RODRIGUEZ,
[13]   JOUSEPH DE JESUS-REYES, a/k/a "Boti,"
[14]   JUAN A. FLORES-LEBRON, a/k/a "Juanki,"
[15]   NOEL NIEVES-LORA, a/k/a "Bulin,"
[16]   CRISTOPHER COLON-VIERA, a/k/a "Topher,"
[17]   JOSEPH A. TORRES-QUESADA, a/k/a "Mueca,"
[18]   ZAEL Y. LAO-ORTIZ, a/k/a "Vieques,"
[19]   JAY L. DIAZ-DEL VALLE, a/k/a "Jay Livan," "El Cantante,"
[20]   HECTOR M. CRUZ-AYALA, a/k/a "Gordo Gordo," "Gordo Chiquito,"
[21]   JEREMY ORTIZ-DIAZ, a/k/a "Millo,"
[22]   VICTOR M. CRUZ-ORTIZ, a/k/a "Papa," "El Father,"
[24]   ADRIAN J. MIRANDA-RODRIGUEZ, a/k/a "Pilo," "Pilotito,"
[25]   RUBEN M. TORRES-REYES

*United States of America v. PLANNELL-PEREZ, et. al.*
*Indictment*

[26]   LUIS Y. LEON-RODRIGUEZ, a/k/a "Ika,"
[30]   CHRISTOPHER J. NIEVES-PEREZ, a/k/a "Chucho,"
[32]   CHRISTOPHER J. FONTANEZ-VEGA, a/k/a "Lagarto," and
[43]   PAOLA M. RODRIGUEZ-MORALES

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any

firearms and ammunition involved or used in the commission of the offense. All pursuant to

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).



FOREPERSON

Date: _September 22. 2025_

W. STEPHEN MULDROW
United States Attorney

Alberto R. Lopez-Rocafort
Assistant United States Attorney
Chief, Gang Section

Teresa Zapata-Valladares
Assistant United States Attorney
Deputy Chief, Gang Section

R. Vance Eaton
Assistant United States Attorney
Gang Section

Andrés Orr
Assistant United States Attorney
Gang Section

25